UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK, a national banking association,

                Plaintiff,

v.

BIG SKY DEVELOPMENT FLINT, LLC, a Michigan limited liability company, BIG SKY DEVELOPMENT GRAND RAPIDS, LLC, a Michigan liability company, BIG SKY DEVELOPMENT SALINE, a Michigan limited liability company, IAN W. SCHONSHECK, individually and AS TRUSTEE OF THE IAN W. SCHONSHECK REVOCABLE LIVING TRUST AGREEMENT DATED 12/11/90, AS AMENDED, STEPHAN J. DACKIW, individually and AS TRUSTEE OF THE STEPHAN J. DACKIW TRUST AGREEMENT, DATED 6/22/99, RICHARD J. HARTIGAN, individually and AS TRUSTEE OF THE RICHARD J. HARTIGAN TRUST AGREEMENT, DATED 9/19/96, HYMAN STOLLMAN, individually and AS TRUSTEE OF THE HYMAN STOLLMAN REVOCABLE LIVING TRUST, DATED 10/28/93, jointly and severally,

                Defendants.

Case No. 2:10-cv-10346

Hon. Avern Cohn
Magistrate Judge Mona K. Majzoub

_____/

**NOTICE OF ACCEPTANCE BY RECEIVER**

David H. Freedman, as counsel for the Court-Appointed Receiver, Barry P. Lefkowitz, files the Acceptance by Receiver attached hereto as Exhibit A.

                              ERMAN, TEICHER, MILLER,
                              ZUCKER & FREEDMAN, P.C.

                   By: /s/ David H. Freedman
                          David H. Freedman (P40567)
                          Attorneys for Barry P. Lefkowitz,
                           Court Appointed Receiver
                          400 Galleria Officentre, Suite 444
                          Southfield, MI  48034
                          Tel: 248/827-4100
                          dfreedman@ermanteicher.com

DATED:      February 12, 2010

F:\OTHERINS\Big Sky\acceptance by receiver us dist.doc

# **EXHIBIT A**

## ACCEPTANCE BY RECEIVER

The undersigned, Barry P. Lefkowitz, as the Receiver appointed by order of this Court pursuant to the Stipulated Order Appointing Receiver (the "Order Appointing Receiver") entered on February 4, 2010 (Docket No. 6), hereby accepts and approves of the terms of the Order Appointing Receiver.

_____
Barry P. Lefkowitz, in his capacity as
Court-appointed Receiver

DATED: February 11, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE HUNTINGTON NATIONAL BANK, a national banking association,

                Plaintiff,

v.

BIG SKY DEVELOPMENT FLINT, LLC, a Michigan limited liability company, BIG SKY DEVELOPMENT GRAND RAPIDS, LLC, a Michigan liability company, BIG SKY DEVELOPMENT SALINE, a Michigan limited liability company, IAN W. SCHONSHECK, individually and AS TRUSTEE OF THE IAN W. SCHONSHECK REVOCABLE LIVING TRUST AGREEMENT DATED 12/11/90, AS AMENDED, STEPHAN J. DACKIW, individually and AS TRUSTEE OF THE STEPHAN J. DACKIW TRUST AGREEMENT, DATED 6/22/99, RICHARD J. HARTIGAN, individually and AS TRUSTEE OF THE RICHARD J. HARTIGAN TRUST AGREEMENT, DATED 9/19/96, HYMAN STOLLMAN, individually and AS TRUSTEE OF THE HYMAN STOLLMAN REVOCABLE LIVING TRUST, DATED 10/28/93, jointly and severally,

                Defendants.

Case No. 2:10-cv-10346

Hon. Avern Cohn
Magistrate Judge Mona K. Majzoub

_____/

## CERTIFICATE OF SERVICE

The undersigned states that on February 12, 2010, he served a copy of the Notice of Acceptance by Receiver upon the following parties via the Court's electronic service application.

| | |
|---|---|
| BARRIS, SOTT, DENN & DRIKER, PLLC<br>C. David Bargamian<br>Josh J. Moss<br>211 W. Fort Street, 15th Floor<br>Detroit, MI 48226-3281 | CHARLES J. TAUNT & ASSOCIATES, PLLC<br>Charles J. Taunt<br>Erika D. Hart<br>700 East Maple Road, Second Floor<br>Birmingham, MI 48009-6359 |

ERMAN, TEICHER, MILLER,
ZUCKER & FREEDMAN, P.C.

By:     /s/ David H. Freedman
      David H. Freedman (P40567)
      Attorneys for Barry P. Lefkowitz,
       Court Appointed Receiver
      400 Galleria Officentre, Suite 444
      Southfield, MI 48034
      Tel: 248/827-4100
      dfreedman@ermanteicher.com

DATED:     February 12, 2010

F:\OTHERINS\Big Sky\cert of service usdc.doc