# EXHIBIT A

PHILIP R. SEAVER TITLE COMPANY, INC.
42651 Woodward Avenue, Bloomfield Hills, MI 48304
Phone: (248)338-6620   Fax: (248)975-4178

## SELLER'S SETTLEMENT STATEMENT

| | | |
|---|---|---|
| Settlement Date: | September 28, 2010 | Escrow No.: 10092029 |
| Borrower: | Storage Pros Flint LLC | Escrow Officer: Tina M. Easley |
| Seller: | Big Sky Development Flint, LLC | |
| Property: | 2325 S. Dort Highway | |
| | Flint, MI 48507 | |

| | | DEBIT | CREDIT |
|---|---|---|---|
| **Contract Sales Price** | | | 1,700,000.00 |
| **Prorations/Adjustments** | | | |
| 2010 Summer Taxes | | | |
| 09/29/10 to 06/30/11 | $66,321.73, 275 days @ $181.7034 | | 49,968.43 |
| 2009 County Taxes | | | |
| 09/29/10 to 11/30/10 | $6,238.51, 63 days @ $17.0918 | | 1,076.78 |
| Personal Property | | | 100,000.00 |
| Goodwill | | | 100,000.00 |
| **Commissions** | | 57,000.00 | |
| Listing Broker's Commission to Marcus and Millichap 57,000.00 | | | |
| **Loan Charges** | | | |
| Capital Expenditure Reserve | | 200,000.00 | |
| **Escrow Charges** | | | |
| Transaction Fee | | 375.00 | |
| **Title Charges** | | | |
| Title Insurance | | 2,900.00 | |
| Owners End ALTA 9.2/25/17 | | 365.00 | |
| **Recording Charges** | | | |
| City/County Tax/Stamps | | 1,870.00 | |
| State Tax/Stamps | | 12,750.00 | |
| Recording Processing Fee | | 200.00 | |
| **Other Debits/Credits** | | | |
| Net Proceeds Huntington Bank | | 1,407,305.22 | |
| Water Escrow | | 500.00 | |
| Utilities and Tax Escrow | | 5,000.00 | |
| Del 2008 Property Taxes *Sept | | 112,085.98 | |
| Summer 2010 Prop Tax *Sept | 41-21-101-049 | 66,542.81 | |
| Water Usage thru 8/27/10 | DORS-002325-NORT-01 | 335.03 | |
| Water Usage thru 8/27/10 | DORS-002325-SOUT-01 | 134.94 | |
| Del 2009 Property Tax *Sept | 41-21-101-049 | 83,631.23 | |
| Survey Cert/Invoice | Inv 10-40 | 50.00 | |
| **Subtotals** | | 1,951,045.21 | 1,951,045.21 |

Accepted this 28th day of September, 2010

Purchaser and Seller acknowledges that Seaver Title is acting solely in the capacity of a disbursement agent relative to the business acquisition contemplated herein and agrees to hold Seaver Title harmless for any proceeds disbursed pursuant to this statement and/or any other matters relative to this business acquisition.

(10092029.PFD/10092029/42)

SELLER'S SETTLEMENT STATEMENT - Continued

Big Spy Development Flint, LLC, a Michigan
limited liability company, by Barry P. Lefkowitz,
in his capacity as court-appointed Receiver

By /s/ Barry P. Lefkowitz
Barry P. Lefkowitz, Receiver

Despite the provisions of Public Act 80 of 1994, which changes the lien date for property taxes to January 1st of the year in which they are billed, the parties hereto have agreed that the lien date for purposes of the Purchase Agreement shall be the date said taxes are billed. Additionally, the parties have agreed to tax prorations based on the due date of said taxes.

**PHILIP R. SEAVER TITLE COMPANY, INC.**
42651 Woodward Avenue, Bloomfield Hills, MI 48304
Phone: (248)338-6620   Fax: (248)975-4178

## SELLER'S SETTLEMENT STATEMENT

| | | |
|---|---|---|
| Settlement Date: | September 28, 2010 | Escrow No.: 10092034 |
| Borrower: | Storage Pros GR LLC | Escrow Officer: Tina M. Easley |
| Seller: | Big Sky Development Grand Rapids LLC | |
| Property: | 2975 Breton Ave SE | |
| | Grand Rapids, MI 49508 | |

| | | DEBIT | CREDIT |
|---|---|---|---|
| **Contract Sales Price** | | | 2,000,000.00 |
| **Prorations/Adjustments** | | | |
| 2010 Summer Taxes | | | |
| 09/29/10 to 06/30/11 | $89,525.36, 275 days @ $245.2750 | | 67,450.61 |
| 2009 Winter Taxes | | | |
| 09/29/10 to 11/30/10 | $1,986.25, 63 days @ $5.4418 | | 342.83 |
| Personal Property | | | 100,000.00 |
| Goodwill | | | 100,000.00 |
| **Commissions** | | 66,000.00 | |
| Listing Broker's Commission to Marcus & Millichap 66,000.00 | | | |
| **Loan Charges** | | | |
| Capital Expenditure Reserve | | 100,000.00 | |
| **Escrow Charges** | | | |
| Transaction Fee | | 375.00 | |
| **Title Charges** | | | |
| Title Insurance | | 3,200.00 | |
| Owners End. Alta9.2/25/17 | | 395.00 | |
| **Recording Charges** | | | |
| City/County Tax/Stamps | | 2,200.00 | |
| State Tax/Stamps | | 15,000.00 | |
| Recording Processing Fee | | 200.00 | |
| **Other Debits/Credits** | | | |
| Net Proceeds > Huntington Bank | | 1,751,031.99 | |
| Water Escrow | | 500.00 | |
| Utility and Tax Escrow | | 5,000.00 | |
| Del 08 Property Tax *Sept | 41-18-16245-001 | 123,648.81 | |
| 2010 Summer Tax *Sept | 41-18-16245-001 | 91,298.14 | |
| Del 09 Property Tax *Sept | 41-18-16245-001 | 108,784.50 | |
| Survey Certification | Inv7359 | 160.00 | |
| **Subtotals** | | 2,267,793.44 | 2,267,793.44 |

Accepted this 28th day of September, 2010

Purchaser and Seller acknowledges that Seaver Title is acting solely in the capacity of a disbursement agent relative to the business acquisition contemplated herein and agrees to hold Seaver Title harmless for any proceeds disbursed pursuant to this statement and/or any other matters relative to this business acquisition.

(10092034.PFD/10092034/41)

SELLER'S SETTLEMENT STATEMENT - Continued

Big Sky Development Grand Rapids LLC, a
Michigan limited liability company, by Barry P.
Lefkowitz, in his capacity as court-appointed
Receiver

By: _____
Barry P. Lefkowitz, Receiver

Despite the provisions of Public Act 80 of 1994, which changes the lien date for property taxes to January 1st of the year in which they are billed, the parties hereto have agreed that the lien date for purposes of the Purchase Agreement shall be the date said taxes are billed. Additionally, the parties have agreed to tax prorations based on the due date of said taxes.

**PHILIP R. SEAVER TITLE COMPANY, INC.**
42651 Woodward Avenue, Bloomfield Hills, MI 48304
Phone: (248)338-6620   Fax: (248)975-4178

## SELLER'S SETTLEMENT STATEMENT

| | | |
|---|---|---|
| Settlement Date: | September 28, 2010 | Escrow No.: 10092032 |
| Borrower: | Storage Pros Saline LLC | Escrow Officer: Tina M. Easley |
| Seller: | Big Sky Development Saline LLC | |
| Property: | 1400 E. Michigan Ave | |
| | Saline, MI 48176 | |

| | DEBIT | CREDIT |
|---|---|---|
| **Contract Sales Price** | | 1,900,000.00 |
| American Soy Utility Reimburse | 1,243.78 | |
| | | |
| **Prorations/Adjustments** | | |
| Summer 2010 Taxes | | |
| 09/29/10 to 06/30/11   $137,553.44, 275 days @ $376.8587 | | 103,636.15 |
| Winter 2009 Taxes | | |
| 09/29/10 to 11/30/10   $6,556.49, 63 days @ $17.9630 | | 1,131.67 |
| Personal Property | | 100,000.00 |
| Goodwill | | 100,000.00 |
| Rents 3 days @ $598.61 | 1,795.83 | |
| Security Dep | 15,834.37 | |
| | | |
| **Commissions** | 63,000.00 | |
| Listing Broker's Commission to Marcus & Millichap 63,000.00 | | |
| | | |
| **Escrow Charges** | | |
| Transaction Fee | 375.00 | |
| | | |
| **Title Charges** | | |
| Title Insurance | 3,100.00 | |
| Owners End ALTA 9.2/17/25 | 385.00 | |
| | | |
| **Recording Charges** | | |
| City/County Tax/Stamps | 2,090.00 | |
| State Tax/Stamps | 14,250.00 | |
| Recording Processing Fee | 200.00 | |
| | | |
| **Other Debits/Credits** | | |
| Net Proceeds > Huntington Bank | 1,541,577.40 | |
| Water Escrow | 500.00 | |
| Utility and Tax Escrow | 5,000.00 | |
| Del 2008/2009 Property *Sept   18-12-31-480-001 | 412,431.28 | |
| Summer 2010 Prop Tax *Sept   18-21-31-480-001 | 142,660.63 | |
| Water usage thru 6/1/10 | 249.53 | |
| Survey Certification | 75.00 | |
| | | |
| **Subtotals** | 2,204,767.82 | 2,204,767.82 |

Accepted this 28th day of September, 2010

Purchaser and Seller acknowledges that Seaver Title is acting solely in the capacity of a disbursement agent relative to the business acquisition contemplated herein and agrees to hold Seaver Title harmless for any proceeds disbursed pursuant to this statement and/or any other matters relative to this business acquisition.

SELLER'S SETTLEMENT STATEMENT - Continued

Big Sky Development Saline LLC, a Michigan
limited liability company, by Barry P. Lefkowitz,
in his capacity as court-appointed Receiver

By: _____
Barry P. Lefkowitz, Receiver

Despite the provisions of Public Act 80 of 1994, which changes the lien date for property taxes to January 1st of the year in which they are billed, the parties hereto have agreed that the lien date for purposes of the Purchase Agreement shall be the date said taxes are billed. Additionally, the parties have agreed to tax prorations based on the due date of said taxes.

{10092032.PF0/10092032/31}