# EXHIBIT B

Big Sky Development-Flint LLC

*Summary of Cashflows - Final Accounting*
*February 4, 2010 through November 19, 2010*

| | | |
|---|---:|---:|
| **Beginning Cash Balance** | | $ 518.15 |
| **Cash Receipts** | | |
| Rental Income | 299,776.60 | |
| late Fees | 15,712.65 | |
| Administration Fees | 5,512.11 | |
| Other Income | 8,032.86 | |
| Inventory Sales | 3,113.48 | |
| Insurance Revenue | 18,198.93 | |
| Sales Tax Payable | 254.90 | |
| Promo Special | (15,845.37) | |
| **Total Cash Receipts** | | 334,756.16 |
| **Disbursements** | | |
| Devon Intercompany | 63,669.56 | |
| Sales Tax | 561.27 | |
| Property Management Fee | 23,572.33 | |
| Advertising | 12,766.09 | |
| Bank Service Charges | 3,441.01 | |
| Copying and Printing | 1,635.92 | |
| Insurance General | 6,476.70 | |
| Tenant Reimbursements | 2,035.99 | |
| Officer Life Insurance | 512.27 | |
| Misc. Expense | 469.74 | |
| Uniforms | 218.32 | |
| Insurance | 17,773.55 | |
| Security | 1,122.00 | |
| Snow Removal | 1,435.00 | |
| Pest Control | 1,268.00 | |
| Trash Removal | 802.39 | |
| Postage | 2,600.00 | |
| R&M Alarm/Gate | 177.50 | |
| R&M Keys & Locks | 58.30 | |
| R&M Elevator | 2,250.50 | |
| R&M Equipment | 3,347.41 | |
| R&M | 327.71 | |
| Marketing | 433.77 | |
| Office Expense | 2,390.37 | |
| Security | 294.22 | |
| Taxes Real Estate | 465.58 | |
| Telephone | 2,624.97 | |
| Electric | 13,547.93 | |
| Gas | 4,860.06 | |
| Water/Sewer | 2,227.45 | |
| Pre Paid Rents due to Purchaser | 15,433.33 | |
| Interest Payments | 50,262.38 | |
| Professional Fees ** | 47,665.85 | |
| Asset Mgmt Fees | 4,000.00 | |
| **Total Cash Disbursements** | | 290,727.47 |
| **Ending Cash Balance** | | $ 44,546.84 |

**- estimated final costs

Big Sky Development-Grand Rapids LLC

*Summary of Cashflows - Final Accounting*
*February 4, 2010 through November 19, 2010*

| | | |
|---|---:|---:|
| **Beginning Cash Balance** | | $ 4,085.83 |
| **Cash Receipts** | | |
| Rental Income | 330,011.28 | |
| Late Fees | 9,210.00 | |
| Administration Fees | 4,235.38 | |
| Other Income | 2,987.24 | |
| Inventory Sales | 2,007.98 | |
| Insurance Revenue | 13,754.07 | |
| Sales Tax Payable | 110.26 | |
| Promo Special | (19,193.33) | |
| **Total Cash Receipts** | | 343,122.88 |
| **Disbursements** | | |
| Devon Intercompany | 58,521.50 | |
| Sales Tax | 299.45 | |
| Property Management Fee | 23,640.88 | |
| Advertising | 5,039.01 | |
| Bank Service Charges | 7,251.21 | |
| Copying and Printing | 83.92 | |
| Tenant Reimbursements | 1,479.14 | |
| Misc. Expense | 2,146.68 | |
| Uniforms | 95.23 | |
| Insurance | 19,981.19 | |
| Outside Services | 150.00 | |
| Security | 1,313.99 | |
| Snow Removal/Lawn Care | 3,783.03 | |
| Pest Control | 696.00 | |
| Trash Removal | 2,545.86 | |
| Postage | 1,400.00 | |
| R&M Alarm/Gate | 730.00 | |
| R&M Elevator | 2,386.86 | |
| R&M | 5,009.76 | |
| Marketing | 5,000.29 | |
| Office Expense | 281.88 | |
| Taxes Real Estate | 728.09 | |
| Telephone | 3,074.42 | |
| Electric | 16,952.25 | |
| Gas | 7,406.76 | |
| Water/Sewer | 377.35 | |
| Pre Paid Rents due to Purchaser | 17,655.50 | |
| Interest Payments | 88,609.60 | |
| Professional Fees ** | 47,665.85 | |
| Asset Mgmt Fees | 2,250.00 | |
| **Total Cash Disbursements** | | 326,555.70 |
| **Ending Cash Balance** | | $ 20,653.01 |

**- estimated final costs

**Big Sky Development-Saline LLC**

*Summary of Cashflows - Final Accounting*
*February 4, 2010 through November 19, 2010*

| | | |
|---|---:|---:|
| **Beginning Cash Balance** | | $ 7,290.27 |
| **Cash Receipts** | | |
| Rental Income | 391,650.82 | |
| Late Fees | 2,770.00 | |
| Administration Fees | 2,764.85 | |
| Other Income | 656.53 | |
| Inventory Sales | 3,385.43 | |
| Insurance Revenue | 7,557.01 | |
| Sales Tax Payable | 203.28 | |
| Promo Special | (17,339.52) | |
| **Total Cash Receipts** | | 391,648.40 |
| **Disbursements** | | |
| Devon Intercompany | 44,418.35 | |
| Inventory | 313.50 | |
| Sales Tax | 395.60 | |
| Property Management Fee | 21,979.22 | |
| Advertising | 8,895.99 | |
| Bank Service Charges | 4,526.01 | |
| Copying and Printing | 157.75 | |
| Insurance General | 12,881.59 | |
| Tenant Reimbursements | 2,942.53 | |
| License and Fees | 200.00 | |
| Outside Services | 132.50 | |
| Security | 1,907.15 | |
| Snow Removal/Lawn Care | 4,021.16 | |
| Pest Control | 1,040.26 | |
| Trash Removal | 1,429.08 | |
| Postage | 1,182.94 | |
| R&M Keys & Locks | 102.48 | |
| R&M Elevator | 1,299.55 | |
| R&M | 9,801.55 | |
| Office Expense | 346.54 | |
| Taxes Real Estate | 235.49 | |
| Telephone | 4,320.91 | |
| Landscaping | 6,419.12 | |
| Electric | 28,444.25 | |
| Water/Sewer | 564.36 | |
| Asset Mgmt Fees | 1,750.00 | |
| Pre Paid Rents due to Purchaser | 36,191.00 | |
| Interest Payments | 110,706.31 | |
| Professional Fees ** | 47,665.85 | |
| **Total Cash Disbursements** | | 354,271.04 |
| **Ending Cash Balance** | | $ 44,667.63 |

**- estimated final costs